IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CHARLES TOWNSEND                                       PLAINTIFF

    v.                  Case No. 05-1110

MICHAEL J. ASTRUE,[1]
Commissioner, Social
Security Administration                            DEFENDANT

## J U D G M E N T

For reasons stated in the Memorandum Opinion of this date, we hereby **REMAND** the decision of the Commissioner and **AWARD BENEFITS** to Plaintiff. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 16th day of February, 2007.

                                     /s/ Robert T. Dawson
                                     ROBERT T. DAWSON
                                     UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.